AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lourie, Alan D | U.S. Court of Appeals-Fed Cir | 3/5/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.Circuit Judge | ○ Nomination, Date  ○ Initial  ⦿ Annual  ○ Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Howard T. Markey Nat Cts Bldg 717 Madison Place NW Washington, DC 20439 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☐ **NONE** – (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family trust 1-contingent interest |
| 2. | Trustee | Family trust 2-contingent interest |
| 3. | Member | Temple Law School Board of Visitors |

## II. AGREEMENTS. (Reporting individual only, see pp. 14-16 of filing instructions)

☐ **NONE** – (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 4/6/90 | GlaxoSmithKline, successor to former employer, provides pension and group health and life insurance |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | Jan-Dec | GlaxoSmithKline pension | 88273 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Circuit Bar Association | Bench and Bar Conference, June 25-28, Colorado Springs, Colo., hotel and meal for ██ and me at conference in which I participated |
| 2. | Temple Law School, Phila Intell Property Law Assoc | Board meeting and annual judges' dinner, Nov. 18-19, Phila, Pa., hotel and meals for ██ and me |
| 3. | Harvard Law School | Cambridge, Mass., Nov. 7-8, hotel, airfare, and meals for lecturing at law school class |
| 4. | Boston Patent Law Association | Boston, Mass., Dec. 14, airfare and taxis to annual meeting at which I spoke |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE – (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE – (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D | 3/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Vanguard Tax Exempt MM Fund 1 | B | Dividend | M | T | | | | | |
| 2.   Vanguard Tax Exempt MM Fund 2 | A | Dividend | K | T | | | | | |
| 3.   Franklin Templeton Mutual Shares Fund | D | Dividend | M | T | | | | | |
| 4.   Vanguard Health Care Fund | D | Dividend | M | T | | | | | |
| 5.   T Rowe Price Cap Appreciation Fund | C | Dividend | M | T | | | | | |
| 6.   Vanguard Windsor II Fund | B | Dividend | L | T | | | | | |
| 7.   Vanguard Intermed Tax Exempt Fund | D | Dividend | N | T | Buy | 1/20 | N | | |
| 8. | | | | | Sell | 8/16 | N | A | |
| 9. | | | | | Buy | 9/22 | N | | |
| 10.  Vanguard High Yield Corp Fund | D | Dividend | M | T | Buy | 3/15 | L | | |
| 11.  TIAA-CREF | B | Interest | K | T | Rollover | 3/8/ | L | E | |
| 12.  Riggs Bank, Wash., DC checking account | A | Interest | K | T | | | | | |
| 13.  US Treasury Notes | A | Interest | K | T | | | | | |
| 14.  Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 15.  Vanguard Extended Market Index Fund | C | Dividend | N | T | | | | | |
| 16.  Vanguard Global Equity Fund | C | Dividend | M | T | | | | | |
| 17.  Vanguard Pacific Index Fund | A | None | | | Sell | 6/14 | K | C | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P3 = $25,000,001-$50,000,000 | |
| | P3 = $5,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D | 3/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Dividend Growth Fund | B | Dividend | M | T | | | | | |
| 19. Vanguard Internat Explorer Fund | B | Dividend | K | T | Buy | 6/14 | K | | |
| 20. Vanguard European Index Fund | B | Dividend | L | T | | | | | |
| 21. Vanguard Ltd Term Tax Exempt Fund 1 | E | Dividend | O | T | Partial sale | 1/20 | N | A | |
| 22. Vanguard Ltd Term Tax Exempt Fund 2 | E | Dividend | O | T | | | | | |
| 23. T Rowe Price Tax Free IM Bond Fund | C | Dividend | L | T | | | | | |
| 24. Vanguard Midcap Index Fund | A | Dividend | L | T | | | | | |
| 25. Vanguard Smallcap Index Fund | A | Dividend | K | T | | | | | |
| 26. Vanguard Equity Income Fund | E | Dividend | N | T | | | | | |
| 27. T Rowe Price Equity Income Fund | D | Dividend | M | T | | | | | |
| 28. T Rowe Price Short Term Bond Fund | E | Dividend | P1 | T | | | | | |
| 29. T Rowe Price Midcap Value Fund | D | Dividend | L | T | | | | | |
| 30. T Rowe Price Midcap Growth Fund | B | Dividend | L | T | | | | | |
| 31. Trust 1 (3 items) | | | | | | | | | |
| 32. Vanguard Money Mkt Fund | A | Dividend | J | T | | | | | |
| 33. Vanguard High Yield Corp Fund | A | Dividend | J | T | Partial sale | 11/8 | J | A | |
| 34. Riggs Bank checking account | A | Interest | J | T | | | | | |
| 35. Trust 2 (3 items) | | | | | | | | | |

1. Income Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3) N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2) U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D | 3/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. Riggs Bank checking account | A | Interest | J | T | | | | | |
| 37. Vanguard Money Market Fund | D | Dividend | O | T | | | | | |
| 38. Vanguard Limited Term Tax Exempt Fund | B | Dividend | | | Buy | 2/23 | N | | |
| 39. | | | | | Sell | 5/3 | N | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Loaris, Alan D | 3/5/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature   Date  May. 5, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544